GLOBAL CAPITAL LAW PC
Gary Harre, SBN 86938
Diane Beall, SBN 86877
8700 Warner Avenue, Suite 200
Fountain Valley, CA 92708
Telephone: (714) 907-4182
Facsimile: (714) 907-4175

Attorneys for Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 11-10143-MJ |
| KINGS HOLDINGS, | Chapter 11 |
| Debtor and Debtor-in-Possession | **NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL IN THIS CHAPTER 11 CASE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF GARY HARRE, ESQ. IN SUPPORT** |
| | Hearing Date: March 23, 2011<br>Hearing Time: 1:30 p.m.<br>Place: Courtroom 301<br>3420 Twelfth Street<br>Riverside, CA 92501 |

**TO KINGS HOLDINGS, THE DEBTOR AND DEBTOR-IN-POSSESSION; THE HONORABLE MEREDITH A. JURY, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; ALL SECURED AND UNSECURED CREDITORS; AND TO ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on March 23, 2011, at 1:30 p.m., in Courtroom 301, of the United States Bankruptcy Court, located at 3420 Twelfth Street, Riverside, CA 92501, Gary Harre, Esq., will and hereby moves this Court under Local Bankruptcy Rule ("LBR") 2091-1 and California Rules of Professional Conduct 3-700(A)(2)(C)(1)(d), for an Order permitting the attorney to be relieved as the attorney of record in this Chapter 11 bankruptcy case.

1  This Motion is supported by the attached Memorandum of Points and Authorities; the Declaration of Gary Harre, Esq., and on all the pleadings, schedules and records filed in this case, and upon such other evidenced, oral or documentary, as may be presented to the Court at the hearing on this matter.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(f) an interested party opposing, joining, or responding to the motion must file and serve on the moving party and the United States Trustee not later than **14 days before the date set for the hearing** and pursuant to Local Bankruptcy Rule 9013-1(h) the failure to timely file an opposition to the motion may be deemed by the Court to be consent to the granting of the Motion.

Dated: February 18, 2011                **GLOBAL CAPITAL LAW**

_____
Gary Harre, Esq.
Diane Beall, Esq.
Attorney for Debtor and Debtor-in-Possession
KINGS HOLDINGS

---

NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL IN THIS CHAPTER 11 CASE;
MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF GARY HARRE, ESQ. IN SUPPORT
- 2 -

# MEMORANDUM OF POINTS AND AUTHORITES

## I.    FACTS RELEVANT TO THIS MOTION

Gary Harre, Esq. ("Counsel") seeks by this Motion, to be relieved as counsel for Kings Holdings, the Debtor and Debtor-in-Possession ("Debtor") on the grounds that the relationship between Counsel and Debtor would no longer be productive, either mutually or beneficial or effective in this Chapter 11 bankruptcy case.

Counsel believes that he cannot disclose much of the information relevant to this motion because it may be protected by the attorney-client privilege. Therefore, this recitation of the facts in this motion is necessarily brief and abstract at this time.

The following Chapter 11 case was filed on January 3, 2011, in which Counsel submitting this pending Motion to Be Relieved as Counsel is the attorney who filed the case on behalf of the Debtor.

During conversations with the Debtor's officers, the representations and assertions that were made when the case was originally filed, it was legitimately thought that the Debtor would be a bona fide candidate for Chapter 11 relief. However, the Debtor's representations and assertions as to the Debtor's cash flow and income, did not materialize into reality.

Here in the present case, Counsel has rendered adequate, efficient and dedicated representation on behalf of the Debtor and the Debtor's estate in this case as its attorney, however to continue to do so would essentially, under the existing circumstances, constitute an exercise in futility and would be detrimental to all parties concerned. Counsel and his staff, cannot be of any more assistance to the Debtor, and Counsel has informed the Debtor's President, to retain a new attorney to represent them in this Chapter 11 case.

## II.    AUTHORITIES FOR THIS MOTION

This Motion is being brought under LBR 2091-1, which states in pertinent part as follows:

**(a)    Motion for Withdrawal.**

(1) An attorney who has appeared on behalf of an entity in any matter concerning the administration of the case, in one or more proceedings, or both, may not withdraw as counsel except by leave of court—

...

**(c)** **Notice.**

(1) <u>Case</u>. An attorney seeking withdrawal or substitution who has appeared on behalf of an entity in any matter concerning the administration of the case must give notice of the proposed substitution or motion for leave to withdraw to the debtor, the United States Trustee, any case trustee, any committee appointed in the case, counsel for any of the foregoing, and parties requesting special notice.

(2) <u>Proceedings</u>. An attorney seeking withdrawal or substitution who has appeared on behalf of an entity only in one or more proceedings must give notice of the proposed substitution or motion for leave to withdraw to the debtor, each party who has been named or who has appeared in such proceeding(s), and the United States Trustee.

(3) <u>Cases and Proceedings</u>. An attorney seeking withdrawal or substitution who has appeared on behalf of an entity both in the case and one or more proceedings must give notice of the proposed substitution or motion for leave to withdraw to all entities to notice under subsections (c)(1) and (2) of this rule.

A Court may grant leave to withdraw, even if the client will be left *In Propria Persona*, subject to such conditions as the court deems fit.

The rule of an attorney to withdraw is also governed by the <u>California Rules of Professional Conduct</u>, which permits withdrawal of an attorney when the client's conduct "renders it unreasonably difficult for the [attorney] to carry out the employment effectively"- provided that the attorney seeking permission to withdraw gives due notice to the client and takes "reasonable steps to avoid reasonably foreseeable prejudice to the rights of the client… *California Rules of Professional Conduct 3-700(a)(2),(C)(1)(d)*.

**III.    CONCLUSION**

As stated above, Counsel has advised the Debtor to retain a new attorney to represent its interest in this Chapter 11 case. Therefore, since Counsel has given the Debtor notice of his intent to withdraw as attorney in this case, counsel has taken reasonable steps to avoid reasonably foreseeable prejudice to the Debtor and the Debtor's estate and Counsel has noticed this Motion on regular notice to maximize the Debtor's opportunity to obtain replacement counsel, counsel prays to be relieved as counsel in this Chapter 11 bankruptcy case.

///

NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL IN THIS CHAPTER 11 CASE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF GARY HARRE, ESQ. IN SUPPORT

- 4 -

1     Respectfully submitted.

2

3   Dated: February 18, 2011                       **GLOBAL CAPITAL LAW**

4

5                                                                        _/s/ Gary Harre_

6                                                         Gary Harre, Esq.

7                                                         Diane Beall, Esq.
                                                         Attorney for Debtor and Debtor-in-Possession

8                                                         KINGS HOLDINGS

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL IN THIS CHAPTER 11 CASE;
MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF GARY HARRE, ESQ. IN SUPPORT
- 5 -

## DECLARATION OF GARY HARRE, ESQ. IN SUPPORT

I, Gary Harre, Esq. declare as follows:

1. I am an attorney licensed to practice before all Courts in the State of California and the following facts are within my personal knowledge and if I am called upon to testify as to the matters being stated within this Declaration, I could and would do so competently thereto.

2. I am the attorney for Kings Holdings, the Debtor and Debtor-in-Possession ("Debtor") in this Chapter 11 case and I submit this Declaration in Support of my Motion to Be Relieved as Counsel for the following reasons as stated below.

3. By this Motion, I seek to be relieved as counsel for the Debtor on the grounds that the relationship between myself as Counsel for the Debtor would no longer be productive, either mutually or beneficial or effective in this Chapter 11 bankruptcy case.

4. As Debtor's Counsel, I believe that I cannot disclose much of the information relevant to this motion because it may be protected by the attorney-client privilege. Therefore, this recitation of the facts in this motion is necessarily brief and abstract at this time.

5. The following Chapter 11 case was filed on January 3, 2011, in which I am the attorney who filed the case on behalf of the Debtor.

6. During conversations with the Debtor's officers, the representations and assertions that were made when the case was originally filed, it was legitimately thought that the Debtor would be a bona fide candidate for Chapter 11 relief. However, the Debtor's representations and assertions as to the Debtor's cash flow and income, did not materialize into reality.

7. Here in the present case, I as Debtor's counsel have rendered adequate, efficient and dedicated representation on behalf of the Debtor and the Debtor's estate in this case as its attorney, however to continue to do so would essentially, under the existing circumstances, constitute an exercise in futility and would be detrimental to all parties concerned.

8. My staff and I cannot be of any more assistance to the Debtor, and I have informed the Debtor's President, to retain a new attorney to represent them in this Chapter 11 case.

9. As stated above, I have advised the Debtor to retain a new attorney to represent its interest in this Chapter 11 case.

10. Therefore, since I have given the Debtor notice of my intent to withdraw as attorney in this case, I have taken reasonable steps to avoid reasonably foreseeable prejudice to the Debtor and to the Debtor's estate, and I have noticed this Motion on regular notice to maximize the Debtor's opportunity to obtain replacement counsel.

11. Wherefore, it is respectfully requested that I be relieved as counsel in this Chapter 11 bankruptcy case.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Dated on this 18th day of February, 2011, at Fountain Valley, CA

_____
Gary Harre, Esq., Declarant

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8700 Warner Avenue, Suite 200, Fountain Valley, CA 92807

A true and correct copy of the foregoing document described as **Notice of Motion and Motion to Be Relieved As Counsel in this Chapter 11 Case; Memorandum of Points and Authorities; Declaration of Gary Harre, Esq. In Support** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 23, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Gary L Harre   ghcmecf@gmail.com
- Elizabeth A Lossing   elizabeth.lossing@usdoj.gov
- United States Trustee (RS)   ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On February 23, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Meredith A. Jury
3420 Twelfth Street, Room 325
Riverside, CA 92501

Kings Holdings
845 W. Chino Canyon Road
Palm Springs, CA 92262

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **Fill in Date Document is Filed,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 23, 2011 | Delores Jackson | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

**F 9013-3.1.PROOF.SERVICE**

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
ATTN: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Kings Holdings
POB 3176
Palm Springs, CA 92263-3176

Securities & Exchange Commission
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036-5627

Riverside Division
3420 Twelfth Street,
Riverside, CA 92501-3819

A-American Self Store
11560 Tennessee Ave
Los Angeles, CA 90064-1513

Bill Hackney
11333 Artestia Way
Morongo Vally, CA 92256-9724

Bill Magsum Carpet
46200 Oasis St
Indio, CA 92201-5933

Capital Management Serv
726 Exchange St Ste700
Buffalo, NY 14210-1494

Chex Systems Inc
7805 Hudson Rd Suite 100
Woodbury, MN 55125-1703

Credit Collection
Box 9134
Needham, ME 02494-9134

Credit Protection
13355 Noal Rd Ste 2100
Dallas, TX 75240-6837

DK International
PO BOX 2266
Layton, UT 84041-9266

Danburry Mint
47 Richards Ave.
Norwalk, CT 06854-2309

Desert Radio Group
21818 Craggy St. 201
Chatworth, CA 91311

Desert Water
1200 S Gene Autry
Palm Springs, CA 92264-3533

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Financial Bonanza
18850 Ventura Blvd Ste 130
Tarzana, CA 91356-3380

Financial Bonanza LLC
18850 Ventura Blvd Ste130
Tarzana, CA 91356-3380

Fomoter Engineering
225 S Civic Dr Ste1-5
Palm Springs, CA 92262-7226

GETM
Box 5759
La Quinta, CA 92248-5759

Gas Company
Box C
Monterey Park, CA 91756-0001

H and R Block Bank
Box 5170
Simi Valley, CA 93062-5170

Hammer Pumping Inc
Box 2448
Cathedral City, CA 92235-2448

K and B Brokerage
4045 S Buffalo Dr Ste 101
Las Vegas, NV 89147-7479

Leading Edge Recovery
700 S. Flower St Ste11000
Los Angeles, CA 90017-4101

Lynn Roman
790 Colorado Blvd Ste1795
Pasadena, CA 91101-2113

NCO Financial Systems
507 Prudential Rd
Horsham, PA 19044-2368

Palm Springs Disposal
Box 2711
Palm Springs, CA 92263-2711

KJM Acquisitiions LLC
575 Underhill Blvd. Ste 224
Syosset, NY 11791-3416

RMS
Box 509
Richfield, OH 44286-0509

Roto-Rooter
43525 Ridge Park Dr Ste 300
Temecula, CA 92590-3682

Santander Consumer
8585 N Stimmons St Ste1000
Dallas, TX 75247-3836

Shilo Inns
1875 N Palm Canyon Dr
Palm Springs, CA 92262-2913

Southern Calififornia Edison
Box 600
Rosemead, CA 91771-0001

Southwest tropical Interiors
38412 Paradise Way
Cathedral City, CA 92234-2243

TAK Collect
Box 1269
Columbus, OH 43216-1269

United States Trustee (RS)
3685 Main Street, Suite 300
Riverside, CA 92501-2804

Verizon
Box 920041
Dallas, TX 75392-0041