United States Bankruptcy Court
Central District of California

Riverside

Judge Meredith Jury, Presiding

Courtroom 301 Calendar

Wednesday, March 23, 2011     Hearing Room 301

1:30 pm

6:11-10143    Kings Holdings     Chapter 11

#45.00    Motion to be relieved as counsel in this chapter 11 case
Mtn fld. 2-23-11 - Global Capital Law PC [ECF]

Docket #: 23

**Matter Notes:**

PLAINTIFFS/MOVANTS:     DEFENDANTS/RESPONDENTS:

Veal

**PROCEEDINGS:**

Motion is granted

[ ] CONTINUED TO _____

(X) ORDER TO FOLLOW    ( ) TO BE LODGED
(X) NO LODGEMENT NECESSARY

( ) WALK THROUGH    ( ) CHAMBER'S ORDER

**Judge:**
EH_____