GLOBAL CAPITAL LAW
Gary Harre, SBN 86938
Diane J. Beall, SBN 86877
8700 Warner Avenue, Suite 200
Fountain Valley, CA 92708
Tel: (714) 907-4182
Fax: (714) 907-4175

Former Attorneys for Debtor-in-Possession

FILED & ENTERED

APR 08 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tolleson DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>    KINGS HOLDINGS,<br><br>        Debtor and Debtor-in-Possession | Case No. 11-10143-MJ<br><br>Chapter 11<br><br>**ORDER ON MOTION TO BE RELIEVED AS COUNSEL IN THIS CHAPTER 11 CASE**<br><br>Date:  March 23, 2011<br>Time:  1:30 p.m.<br>Place: Courtroom 301<br>           3420 Twelfth Street<br>           Riverside, CA 92501 |

The Motion to Be Relieved as Counsel in this Chapter 11 case brought by Movant GLOBAL CAPITAL LAW came on for hearing on March 23, 2011 at 1:30 p.m., at 3420 Twelfth Street, Riverside, in Courtroom 301, before the Honorable Meredith A. Jury.

Diane J. Beall, Esq., appeared on behalf of Movant, GLOBAL CAPITAL LAW. There were no other appearances made.

IT IS HEREBY ORDERED THAT:

The Motion to Be Relieved as Counsel in this Chapter 11 case is GRANTED.

///

///

///

IT IS ALSO ORDERED THAT:

Debtor and Debtor-in-Possession KINGS HOLDINGS shall have thirty (30) days from the date of the entry of this Order to obtain new counsel, otherwise this Chapter 11 case will be dismissed.

###

DATED: April 8, 2011

_____
United States Bankruptcy Judge

**ORDER ON MOTION TO BE RELIEVED AS COUNSEL IN THIS CHAPTER 11 CASE**
- 2 -

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  8700 Warner Avenue, Suite 200, Fountain Valley, CA 92807

A true and correct copy of the foregoing document described as **Order on Motion to Be Relieved As Counsel in this Chapter 11 Case** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 24, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Richard J Bauer rbauer@mileslegal.com
- Abram Feuerstein abram.s.feuerstein@usdoj.gov
- Gary L Harre ghcmecf@gmail.com
- Elizabeth A Lossing elizabeth.lossing@usdoj.gov
- United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On March 24, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Meredith A. Jury             Kings Holdings
3420 Twelfth Street, Room 325          845 W. Chino Canyon Road
Riverside, CA 92501                    Palm Springs, CA 92262

☒   Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***Fill in Date Document is Filed,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 24, 2011 | Delores Jackson | /s/ Delores Jackson |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**ORDER ON MOTION TO BE RELIEVED AS COUNSEL IN THIS CHAPTER 11 CASE**
- 3 -

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **Order on Motion to Be Relieved as Counsel in this Chapter 11 Case** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of March 24, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Richard J Bauer rbauer@mileslegal.com
- Abram Feuerstein abram.s.feuerstein@usdoj.gov
- Gary L Harre ghcmecf@gmail.com
- Elizabeth A Lossing elizabeth.lossing@usdoj.gov
- United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

**ORDER ON MOTION TO BE RELIEVED AS COUNSEL IN THIS CHAPTER 11 CASE**
- 4 -